

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:03-CV-519-H

UNITED STATES OF AMERICA, et al.

PLAINTIFFS

V.

ROBERT E. SOLINGER, et al.                                        DEFENDANTS

**MEMORANDUM AND ORDER**

One of the Defendants has moved to clarify that it need not file an answer to the original complaint prior to the resolution of the ongoing issues. Defendant is correct that the ongoing issues involve an extension of the original Rule 12 motion to dismiss. Some of those issues the Court has resolved. One remains pending: whether the Academic Medical Center exception negates any claims under the False Claims Act. The current discovery is directed solely at that issue.

This entire process has extended over a longer period of time than originally envisioned. Further, the Court can see a benefit in having the remaining Defendants actually file answers to those claims which also remain in the case at this time. Filing such answers should involve little burden and no unfair prejudice to Defendant.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that on or before **February 28, 2007**, all Defendants remaining in the case shall file an answer to the complaint.

cc: Counsel of Record